AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __California__

FILED
OCT 3 0 2000
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kenneth Vernon

V.

Anthony A..Lamarque, et al

**JUDGMENT IN A CIVIL CASE**

Case Number:   C00-3311MJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that this matter is dismissed without prejudice.

ENTERED IN CIVIL DOCKET___NOV - 2 2000___

October 30, 2000
Date

Richard Wieking
Clerk

_____
(By) Deputy Clerk

United States District Court
for the
Northern District of California
October 30, 2000

* * CERTIFICATE OF SERVICE * *

Case Number:3:00-cv-03311

Vernon

vs

Lamarque

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Mark R. Vermeulen, Esq.
    755 Florida Street #4
    San Francisco, CA  94110-2044

Richard W. Wieking, Clerk

BY: _____
Deputy Clerk