Mark R. Vermeulen [State Bar No. 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Petitioner
KENNETH VERNON

FILED
02 SEP 20 PM 12:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH VERNON,

    Petitioner,

v.

ANTHONY A. LAMARQUE, et al.,

    Respondents.

) No. C 00-3311 MJJ
)
) *EX PARTE* APPLICATION FOR
) EXTENSION OF TIME RE: ORDER TO
) SHOW CAUSE
)
)
)
)

    Petitioner Kenneth Vernon, through counsel, hereby applies for an extension of time within which to respond to the Court's Order filed September 4, 2002, which directed Petitioner to show cause why the Court should grant Petitioner's request to vacate the previous dismissal of his earlier-filed petition for a writ of *habeas corpus*. Petitioner requests an extension of three (3) weeks, such that Petitioner's response would be due October 14, 2002.

    This application is made on the grounds that counsel for Mr. Vernon needs additional time to research this matter and to communicate with his client regarding this matter.

    This application is based on the attached Declaration Of Counsel, the file and record in this case, and any further information the Court may require.

Dated: September 18, 2002

                                                             Mark R. Vermeulen
                                                             Attorney for Petitioner
                                                             KENNETH VERNON

Case 4:00-cv-03311-CW    Document 7    Filed 09/20/2002    Page 2 of 2

# DECLARATION OF COUNSEL

I, Mark R. Vermeulen, declare:

1. I am an attorney duly admitted to practice before this Court. I represent Petitioner Kenneth Vernon in this action.

2. On September 4, 2002, the Court issued its Order directing Petitioner to show cause why the Court should grant Petitioner's request to vacate the previous dismissal of his earlier-filed Petition For Writ Of *Habeas Corpus*. The Petition had been dismissed without prejudice for failure to exhaust state judicial remedies. The Order directed Petitioner to respond by September 23, 2002.

3. I have read and reviewed the Court's Order and I have begun my research. Given that the petition was dismissed earlier without prejudice; given the intervening U.S. Supreme Court decision in *Carey v. Saffold*, ___ U.S. ___, 122 S.Ct. 2134, 153 L.Ed.2d 260 (2002) (holding that *habeas* petitions are "pending" in the California state courts so as to toll the time period for seeking federal *habeas corpus* review during the interval between a lower court's determination and the filing of a further original state *habeas* petition in a higher court, as noted by this Court in its Order (*see* Order at 3, fn.1)); and given the Court's statements regarding the time available to Petitioner within which to file his second petition after exhausting state remedies (i.e., 32 days; *see* Order at 3, fn.2, & 4, fn. 4); there may be no need for Petitioner to continue with his request to vacate the dismissal. However, I need additional time to research the matter fully and to communicate with my client. I request an additional three (3) weeks to do so, such that the response would be due on or before October 14, 2002. I respectfully request this extension of time.

4. A proposed Order Extending Time accompanies this Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, except as to those matters set forth on information and belief, and as to those matters, I believe them to be true.

Executed on September 18, 2002 at San Francisco, CA.

Mark R. Vermeulen

-2-