RECEIVED
02 SEP 20 PM 12:17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 26 2002
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH VERNON,<br><br>    Petitioner,<br><br>  v.<br><br>ANTHONY A. LAMARQUE, et al.,<br><br>    Respondents. | No. C 00-3311 MJJ<br><br>**ORDER EXTENDING TIME** |

Upon application of Petitioner Kenneth Vernon, and good cause appearing,

IT IS HEREBY ORDERED that the time within which Petitioner may respond to the Court's Order filed September 4, 2002 is extended, such that Petitioner shall show cause on or before October 14, 2002, why the Court should grant his request to vacate the previous dismissal.

IT IS SO ORDERED.

Dated: September 25 2002

Martin J. Jenkins
United States District Judge