1  Mark R. Vermeulen [State Bar No. 115381]
2  Law Office of Mark R. Vermeulen
   755 Florida Street #4
3  San Francisco, CA 94110.2044
4  Phone: 415.824.7533
   Fax: 415.824.4833
5
6  Attorney for Petitioner
   KENNETH VERNON
7

FILED
02 OCT 11 AM 11: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH VERNON,                )  No. C 00-3311 MJJ
                               )
   Petitioner,                 )
                               )  ***EX PARTE* APPLICATION FOR**
   v.                          )  **EXTENSION OF TIME RE: ORDER TO**
                               )  **SHOW CAUSE**
ANTHONY A. LAMARQUE, et al.,   )
                               )
   Respondents.                )
                               )

   Petitioner Kenneth Vernon, through counsel, hereby applies for an extension of time within which to respond to the Court's Order filed September 4, 2002, which directed Petitioner to show cause why the Court should grant Petitioner's request to vacate the previous dismissal of his earlier-filed petition for a writ of *habeas corpus*. Upon previous application by Petitioner, the Court extended the time within which the response was due, establishing the current due date as October 14, 2002. Petitioner hereby requests an additional extension of three (3) weeks, such that Petitioner's response would be due November 4, 2002.

   This application is made on the grounds that counsel needs additional time (1) to reach and consult with his client, and (2) to research an additional legal principle that has recently come to counsel's attention which may have applicability to Petitioner's response.

   This application is based on the attached Declaration Of Counsel, the file and record in this case, and any further information the Court may require.

Dated: October 10, 2002

                                        _____
                                        Mark R. Vermeulen
                                        Attorney for Petitioner
                                        KENNETH VERNON

-1-

## DECLARATION OF COUNSEL

I, Mark R. Vermeulen, declare:

1. I am an attorney duly admitted to practice before this Court. I represent Petitioner Kenneth Vernon in this action.

2. On September 4, 2002, the Court issued its Order directing Petitioner to show cause why the Court should grant Petitioner's request to vacate the previous dismissal of his earlier-filed Petition For Writ Of *Habeas Corpus*. The Petition had been dismissed without prejudice for failure to exhaust state judicial remedies. The Order directed Petitioner to respond by September 23, 2002. Upon my application, the Court earlier extended the due date to October 14, 2002.

3. I have been attempting to reach and speak with my client, who is in custody at Salinas Valley State Prison. However, I have not been able to do so, due in part to the fact that the inmates at that prison have been locked down for some time and due to the fact that it has been difficult to set up a phone call with my client through my client's counselors at the prison. I feel that I need to have this direct contact/consultation with my client prior to filing any response.

4. Additionally, in my research, I recently have come upon an additional line of research/analysis that may have applicability to the response and I need additional time to research and consider these issues.

5. I request an extension of three (3) weeks, such that the response would be due on or before November 4, 2002.

6. A proposed Order Extending Time accompanies this Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, except as to those matters set forth on information and belief, and as to those matters, I believe them to be true.

Executed on October 10, 2002 at San Francisco, CA.

Mark R. Vermeulen

-2-