**FILED**

OCT 16 2002

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH VERNON, | ) No. C 00-3311 MJJ |
| Petitioner, | ) |
| v. | ) **ORDER EXTENDING TIME** |
| ANTHONY A. LAMARQUE, et al., | ) |
| Respondents. | ) |

Upon application of Petitioner Kenneth Vernon, and good cause appearing,

IT IS HEREBY ORDERED that the time within which Petitioner may respond to the Court's Order filed September 4, 2002 is extended, such that Petitioner shall show cause on or before November 4, 2002, why the Court should grant his request to vacate the previous dismissal.

IT IS SO ORDERED.

Dated: October 15, 2002

Martin J. Jenkins
United States District Judge