Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Petitioner
KENNETH VERNON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KENNETH VERNON, | ) No. C 00-03311 CW |
| Petitioner, | ) |
| v. | ) **PETITIONER'S MOTION TO REOPEN THIS ACTION FOLLOWING THE CONCLUSION OF STATE COURT EXHAUSTION PROCEEDINGS** |
| ANTHONY A. LAMARQUE, et al., | ) |
| Respondents. | ) |

     Petitioner Kenneth Vernon, through counsel, respectfully moves the Court to reopen this action pursuant to the *Order Granting Petitioner's Motion to File Second Amended Petition for Writ of Habeas Corpus and Granting Petitioner's Motion to Stay*, issued by this Court on March 4, 2008 (Doc. 18, hereinafter "*Order*"), as the state court exhaustion proceedings have now concluded (*see* Exhibit A (order filed April 23, 2008 by the California Supreme Court in Case No. S157502, denying state court exhaustion petition)) and the present case therefore may again proceed.

     As required by this Court (*see Order* at 5:19-22), this motion to reopen is presented within 30 days of the California Supreme Court's decision denying Petitioner's new claims.  This motion is timely and accords with the Court's *Order*.

/ / /

/ / /

/ / /

-1-

Based on the foregoing, Petitioner respectfully moves the Court to reopen this action and to consider the *Second Amended Petition* (Doc. 20), along with the exhibits filed in support of the *Second Amended Petition* and the earlier filed petitions that the *Second Amended Petition* superseded. *See* exhibits (Docs. 13, 16 & 21).

Dated: April 28, 2008                                        Respectfully submitted,


                                                             /S/
                                                             Mark R. Vermeulen
                                                             Attorney for Petitioner
                                                             KENNETH VERNON

PETITIONER'S MOT. TO REOPEN ACTION FOLLOWING
CONCLUSION OF STATE COURT EXHAUSTION PROCEEDINGS

Exhibit A

Order filed April 23, 2008 by the California Supreme Court,
Case No. S157502,
denying state court exhaustion petition

S157502

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re KENNETH VERNON on Habeas Corpus

The petition for writ of habeas corpus is denied.

George, C. J., was absent and did not participate.

SUPREME COURT
FILED
APR 23 2008
Frederick K. Ohlrich Clerk
_____
Deputy

_____
Acting Chief Justice