IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH VERNON,

    Petitioner,

  v.

ANTHONY A. LAMARQUE, Warden,

    Respondent.
_____/

No. 00-03311 CW

ORDER TO SHOW CAUSE

    On April 28, 2008, Petitioner filed a Motion to Reopen This Action Following the Conclusion of State Court Exhaustion Proceeding.  Pursuant to Judge Martin J. Jenkins' Order Granting Petitioner's Motion to File Second Amended Petition for Writ of Habeas Corpus and Granting Petitioner's Motion to Stay filed March 4, 2008,

    IT IS HEREBY ORDERED that Petitioner's Motion to Reopen This Action Following the Conclusion of State Court Exhaustion Proceeding is granted.

    The Clerk of the Court shall serve a copy of this Order and the second amended petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California.

    Respondent shall file with this Court and serve upon Petitioner, within <u>one-hundred twenty (120) days</u> of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of

habeas corpus should not be issued.  Respondent shall file with the Answer a copy of all portions of the relevant state records that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within <u>sixty (60) days</u> of his receipt of the Answer.  Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision <u>sixty (60) days</u> after the date Petitioner is served with Respondent's Answer.

Respondent may file a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within <u>sixty (60) days</u> of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within <u>fifteen (15) days</u> of receipt of any opposition.

Extensions of time are not favored, though reasonable extensions will be granted.  Any motion for an extension of time must be filed no later than <u>ten (10) days</u> prior to the deadline sought to be extended.

IT IS SO ORDERED.

Dated: 5/2/08

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

N:\DOCS\c00-3311.osc.wpd                2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VERNON et al,

        Plaintiff,

v.

LAMARQUE et al,

        Defendant.

Case Number: CV00-03311 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Matthew C. Kramer, Warden**
Folsom State Prison
P.O. Box 71
Represa, CA 95671

Attorney General
State of California
455 Golden Gate Avenue, #11000
San Francisco, CA  94102

Dated: May 2, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

N:\DOCS\c00-3311.osc.wpd         3