EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JULIET B. HALEY, State Bar No. 162823
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5960
 Fax:  (415) 703-1234
 Email:  Juliet.Haley@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **KENNETH VERNON,** | C 00-03311 CW |
| Petitioner, | **MOTION TO TRANSFER VENUE TO DISTRICT OF CONVICTION** |
| v. | |
| **ANTHONY A. LAMARQUE, Warden,** | |
| Respondent. | |

Pursuant to Habeas L.R. 2254-3, Respondent hereby asks this Court to transfer the above-entitled habeas corpus action to the Eastern District of California.

According to the petition, petitioner was convicted of first degree murder and was sentenced to thirty-five years to life by the San Joaquin County Superior Court. He is currently incarcerated at Folsom State Prison.

The petition challenges the lawfulness of the conviction pursuant to 28 U.S.C. § 2254. The Northern District of California is the wrong venue for such an action. *See* Habeas L.R. 2254-3(a)(1) (listing counties of conviction for which Northern District venue is proper). If a habeas petition is filed in the wrong district, venue "shall" be transferred to "the district of conviction or

1  sentencing." Habeas L.R. 2254-(b)(1). Accordingly, we ask this Court to vacate the Order to Show

2  Cause and transfer the case to the Eastern District of California for assignment.

3      Dated: May 19, 2008

4                        Respectfully submitted,

5                        EDMUND G. BROWN JR.
                      Attorney General of the State of California

6                        DANE R. GILLETTE
                      Chief Assistant Attorney General

7                        GERALD A. ENGLER
                      Senior Assistant Attorney General

8                        PEGGY S. RUFFRA

9                        Supervising Deputy Attorney General

10

11                        /s/ Juliet B. Haley

12

13                        JULIET B. HALEY
                      Deputy Attorney General
                      Attorneys for Respondent

14

15

16  40255450.wpd
    SF2008401524

17

18

19

20

21

22

23

24

25

26

27

28

Motion to Transfer Venue to District of Conviction - *Vernon v. Lamarque* - 00-03311 CW