Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Petitioner
KENNETH VERNON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KENNETH VERNON, | ) No. C 00-03311 CW |
| Petitioner, | ) |
| v. | ) **PETITIONER'S QUALIFIED NON-OPPOSITION TO RESPONDENT'S MOTION TO TRANSFER VENUE** |
| ANTHONY A. LAMARQUE, et al, | ) |
| Respondents. | ) |

Respondent has requested that this habeas corpus action be transferred to the Eastern District of California.  *See Motion to Transfer Venue to District of Conviction* (Doc. 24) ("*Motion*").  Petitioner does not oppose a transfer of venue, which appears appropriate pursuant to Habeas Corpus L.R. 2254-3(b)(1).

However, in the conclusion of the *Motion* (at 2:1-2), Respondent has further requested that the Court vacate the *Order to Show Cause* (Doc. 23).  This is a separate issue which is not addressed in the authority cited by Respondent.  This portion of Respondent's motion should be denied.  This and any further issues may be addressed by the parties and the Court to which the case is assigned upon the transfer of venue.

Dated:  May 22, 2008                             Respectfully submitted,


                                                /S/_____
                                                Mark R. Vermeulen
                                                Attorney for Petitioner
                                                KENNETH VERNON