IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH VERNON,

    Petitioner,

  v.

ANTHONY A. LAMARQUE, Warden,

    Respondent.
_____/

No. C 00-03311 CW

ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION TO TRANSFER VENUE

    Respondent moves to transfer venue to the Eastern District of California and to vacate the Order to Show Cause. Petitioner has filed a non-opposition to the motion to transfer venue and opposes the motion to vacate the Order to Show Cause.

    Having read the papers filed by the parties, the Court GRANTS Respondent's motion to transfer venue to the Eastern District of California and DENIES Respondent's motion to vacate the Order to Show Cause.

    IT IS SO ORDERED.

Dated: 6/12/08

_____
CLAUDIA WILKEN
United States District Judge